# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER BRADLEY | § § § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-1737-S-BT |
| MILESTONE DENTAL | § § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 8]. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's complaint will be **DISMISSED** without prejudice by separate judgment.

**SO ORDERED.**

SIGNED September 22, 2021.

UNITED STATES DISTRICT JUDGE